The Honorable David G. Estudillo
Without Oral Argument

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| RYAN RAE-ELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign profit corporation; DANIEL SWORY, an individual; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 3:26-cv-05070-DGE<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT** |

IT IS ORDERED that Plaintiff may file the proposed First Amended Class Action Complaint attached to the Parties' stipulation as Exhibit 1. Upon filing of the First Amended Class Action Complaint, Plaintiff's claims against Defendant Daniel Swory will be dismissed without prejudice. The pending motion for judgment on the pleadings (Dkt. No. 19) is STRICKEN as moot.

ORDERED September 24, 2026.



**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

David G. Estudillo
United States District Judge

Presented by:

**EMERY | REDDY, PC**

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

**ENTENTE LAW PLLC**

By: */s/ James B. Pizl*
James B. Pizl, WSBA No. 28969
Entente Law PLLC
315 Thirty-Ninth Avenue SW, Suite 14
Puyallup, WA 98373
Phone: (253) 446-7668
Email: jim@ententelaw.com

*Attorneys for Plaintiff Ryan Rae-Ellis*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ E. Ashley Paynter*
E. Ashley Paynter, WSBA #58857
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: (206) 693-7057
Email: ashley.paynter@ogletree.com
*Attorney for Defendants*